UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


KRYSTAL SPICER, o/b/o
L.T.S., a minor,

                    Plaintiff,

                                              CASE NO. 15-CV-11037
v.                                            HONORABLE GEORGE CARAM STEEH

COMMISSIONER OF
SOCIAL SECURITY,

                    Defendant.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT
AND RECOMMENDATION (DOC. #11) DISMISSING
PLAINTIFF'S COMPLAINT FOR FAILURE TO PROSECUTE

        Plaintiff, through an attorney, filed this action on behalf of her minor son seeking

judicial review of the final decision of the defendant Commissioner of Social Security.  All

pretrial matters were referred to the magistrate judge for a report and recommendation.

(Doc. #3).  On July 13, 2015, Magistrate Judge David R. Grand issued a scheduling order

requiring Plaintiff's motion for summary judgment to be filed no later than August 13, 2015.

(Doc. #9).  Plaintiff did not file a motion.  On August 21, 2013, the magistrate judge issued

an order for Plaintiff to show cause in writing within fourteen days why the matter should

not be dismissed for failure to prosecute.  (Doc. #10).  Plaintiff did not respond to the order

to show cause.  Thus, the magistrate judge recommends that Plaintiff's complaint be

dismissed for failure to prosecute.  (Doc. #11).  In addition, the magistrate judge, after an

independent review of the record, determined that substantial evidence supports the

administrative law judge's decision denying benefits.

-1-

The magistrate judge specifically stated that any objections to his report were to be filed within 14 days of service, and that failure to file such objections constituted a waiver of any further right to appeal.  *See Thomas v. Arn*, 474 U.S. 140, 155 (1985).  Plaintiff has not objected to the report and recommendation.

The court has reviewed the record and the magistrate judge's report and recommendation.  Finding that report and recommendation to be well-reasoned, the court hereby adopts the result recommended therein.  Accordingly, Plaintiff's complaint (Doc. #1) is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated:  October 14, 2015

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on October 14, 2015, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk